IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. **R. THOMPSON DEVELOPMENT COMPANY, an Oklahoma Corporation**<br><br>**Plaintiff,**<br><br>v.<br><br>1. **AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a foreign for profit insurance corporation,**<br><br>**Defendant.** | Case No. CIV-22-215-D |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, R. Thompson Development Company, and Defendant, American National Property and Casualty Company, by and through their counsel of record, hereby stipulate that the above-captioned action be dismissed with prejudice, with each party bearing its own attorney's fees, costs and expenses.

        Respectfully submitted,

        *s/Matthew M. McGrew*
        Matthew M. McGrew, OBA #32065
        McGREW, McGREW & ASSOCIATES
        400 N. Walker, Suite 115
        Oklahoma City, Oklahoma 73102
        (405) 235-9909 telephone
        (405) 235-9929 facsimile
        office@mcgrew-law.com
        matt@mcgrew-law.com
        *Attorneys for Plaintiffs*

                                      <u>s/Nevin R. Kirkland</u>
                                      (signed by filing attorney with permission)
Nevin R. Kirkland, OBA# 19855
EDMONDS COLE LAW FIRM, PC
10334 Greenbriar Parkway
Oklahoma City, Oklahoma 73159
Office:   405-272-0322
Facsimile:  405-235-4654
Email: nkirkland@edmondscole.com
Counsel for Defendant